NATIONAL CITY BANK OF NEW YORK, Appellant, *v.* JULIA
C. GELFERT, as Executrix of JAMES J. CARPENTER,
Deceased, et al., Defendants, and GEORGE U. HAMMOND,
as Executor of JAMES J. CARPENTER, Deceased,
Respondent.

Submitted May 26, 1941; decided June 5, 1941.

Motion for reargument granted. As interpreted by us, the order of the Special Term determined only the proposition that section 1083 of the Civil Practice Act, as amended by chapter 510 of the Laws of 1938, could not be constitutionally applied to mortgage contracts made prior to its enactment. Hence the reargument must be limited to the single question whether the plaintiff made application for a deficiency judgment under section 1083. (See 284 N. Y. 13.)